UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>       Plaintiff,<br><br>   v.<br><br>**GTD Ventures, LLC**, a California Limited Liability Company;<br>**Visible Vibrations, LLC**, a California Limited Liability Company<br><br>       Defendants. | Case: 4:21-cv-07525-HSG<br><br>**ORDER DENYING JOINT STIPULATION** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT: The parties are relieved from their obligation to conduct the joint site inspection under General Order No. 56. All dates based on the site inspection shall be recalculated as of the date of this Order.

IT IS SO ORDERED.

Dated: 2/17/2022

_____
HONORABLE HAYWOOD S. GILLIAM, JR
UNITED STATES DISTRICT JUDGE

*[DENIED stamp signed by Judge Haywood S. Gilliam Jr.]*