UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>GTD VENTURES, LLC, et al.,<br><br>   Defendants. | Case No. 21-cv-07525-TSH<br><br>**ORDER TO SHOW CAUSE** |

On June 29, 2022, the Court granted David Sidran's motion to withdraw as counsel for Defendant Visible Vibrations. ECF No. 36. As Visible is a corporation and can only appear through licensed counsel, the Court directed Visible to file substitution of counsel by July 29, 2022. *Id.*; *see also* Civ. L.R. 3-9(b); *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.") (citations omitted); *Bourbeau v. Cognitive Code Corp.*, 693 F. App'x 499, 503 (9th Cir. 2017) (affirming district court's dismissal based on corporation's failure to retain counsel). The Court warned Visible that failure to retain substitute counsel could result in the entry of default judgment. ECF No. 46; *see also Emp. Painters' Trust v. Ethan Enters., Inc.*, 480 F.3d 993, 998 (9th Cir. 2007) (affirming entry of default judgment where corporate defendant failed to obtain substitute counsel); *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (same).

As it has made no subsequent appearance in this case, the Court **ORDERS** Defendant Visible Vibrations to show cause why default should not be entered against it. Visible shall file a declaration in response by September 29, 2022. If Visible files a response, the Court shall either issue an order based on the declaration or conduct a hearing on October 13, 2022 at 10:00 a.m. by

Zoom video conference.  The webinar link and instructions are located at

https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

      Sidran is reminded of its duty to file proof of service within three business days.

**IT IS SO ORDERED.**

Dated: September 16, 2022

_____
THOMAS S. HIXSON
United States Magistrate Judge